**ORIGINAL**

1  W. Thomas Farley dba
   T&J Judgment Enforcers
2  817 S. Los Angeles St., 2D
   Los Angeles, CA 90014
3  213-986-6020

4  Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
NOV 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

13-CV-8489

| | |
|---|---|
| WILLIAM G. COLSON, JR. & DOROTHY R. COLSON<br><br>Plaintiff,<br><br>vs.<br><br>SAMSON HAIR RESTORATION, LLC, GEOFFREY D. STILLER, MD, UPLIFT COSMETIC SURGERY, LASER & SKIN CENTER, PLLC, SAMSON MEDICAL GROUP, PROFESSIONAL CORPORATION & SAMSON MEDICAL GROUP CORPORATION<br><br>Defendant | MC 13-00341<br><br>**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[PER LOCAL RULE AND GENERAL ORDER AND 69 OF FEDERAL RULES OF CIVIL PROCEDURE]<br><br>[NO HEARING REQUIRED] |

**ORDER**

Having read and considered the foregoing application and good cause appearing therefor, IT IS ORDERED, ADJUDGED AND DECREED:

//

//

ORDER FOR APPOINTMENT OF RPS -1-


1
2       Gitta Williams and Cyntia Erickson are hereby authorized to serve legal process in this matter including writs of execution. The U.S. Marshal's Service shall remain levying officer.
3
4   Dated: 11/20/13
5
6   _____
                         United States District Judge