**LAW OFFICES OF KHACHIK AKHKASHIAN**
KHACHIK AKHKASHIAN, SB# 213607
2418 HONOLULU AVENUE
SUITE # G
MONTROSE, CALIFORNIA 91020
TELEPHONE: (818) 249-2220
FACSIMILE: (818) 249-2297

Attorney for Defendant
**SAMSON HAIR RESTORATION, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| William G. Colson, Jr. & Dorothy R. Colson,<br><br>Plaintiff(s),<br><br>v.<br><br>Samson Hair Restoration, LLC, Geoffrey D. Stiller, MD, Uplift Cosmetic Surgery, Laser and Skin Center, PLLC, Samson Medical Group et al.<br><br>Defendant(s). | CASE NO.: **2:13-cv-08489-GHK(SKx)**<br><br>*[Assigned to the Honorable Magistrate Judge Steve Kim]*<br><br>**ORDER APPROVING STIPULATION TO CONTINUE JUDGMENT DEBTOR EXAMINATION.**<br><br>Date:      September 22, 2021<br>Time:      10:00 a.m.<br>Location:  255 East Temple Street<br>               Courtroom 540<br>               Los Angeles, California 90012 |

The above-captioned matter that was scheduled for the judgment debtor examination of William McCullough/ CEO of Samson Hair Restoration, LLC (Hereinafter "Samson") was to take place at 255 East Temple Street, Courtroom 540, Los Angeles California, 90012 with the judgment debtor examination being subject to the jurisdiction of the undersigned Judge.

ORDER APPROVING STIPULATION TO CONTINUE JUDGMENT DEBTOR EXAMINATION
1

After considering the parties' request for a continuance of the judgment debtor examination,

IT IS HEREBY ORDERED:

1. The judgment debtor examination of Samson is continued as follows:

   **Date**: January 12, 2022

   **Time**: 10:00 a.m.

   **Location**: 255 East Temple Street

   Courtroom 540

   Los Angeles, California 90012

2. Debtor's Counsel shall provide notice to all interested parties once the Court enters an order.

3. Consistent with the Court's prior orders, including but not limited to order entered on August 10, 2021, as docket 34, there is no need for personal service and that Defendant agrees to service via first-class mail.

4. Samson is ordered to appear in person at the continued judgment examination on January 12, 2022.

5. The parties shall meet and confer prior to January 12, 2022, hearing date concerning Production of documents in connection with the judgment debtor examination.

**IT IS SO ORDERED**

###

Dated: September 21, 2021

Steve Kim
United States Magistrate Judge