G.R.ISIDRO- ASSIGNEE OF RECORD
1443 E. WASHINGTON BLVD., #233,
PASADENA CA 91104
(307) 312-0850
IN PRO PER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. COLSON, JR & DOROTHY R. COLSON <br><br> Plaintiff(s) <br><br> v. <br><br> SAMSON HAIR RESTORATION, LLC. ET AL <br><br> Defendant(s) | CASE NUMBER: <br> 2:13-CV-08489-GHK <br><br><br> **WRIT OF EXECUTION** |

TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 10/16/2013 a judgment was entered in the above-entitled action in favor of:

WILLIAM G. COLSON, JR. & DOROTHY R. COLSON

as Judgment Creditor and against:

SAMSON HAIR RESTORATION, LLC,
GEOFFREY D. STILLER, MD,
UPLIFT COSMETIC SURGERY, LASER & SKIN CENTER, PLLC,
SAMSON MEDICAL GROUP, PROFESSIONAL CORPORATION ET AL

as Judgment Debtor, for:

$ 1077765.42   Principal,
$ 0.00   Attorney Fees,
$ 172442.47   Interest **, and
$ 130.00   Costs, making a total amount of
$ 1250337.89   **JUDGMENT AS ENTERED**

**NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** CENTRAL **District of** CALIFORNIA, to wit:

$ 172442.47   accrued interest, and
$ 130.00   accrued costs, making a total of
$ 172572.47   **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 1250337.89   **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 1250337.89   Is due on the judgment as entered and bears interest at 1.6 percent per annum, in the amount of $ 47.24 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 5/13/24    By: _____
                        Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
SAMSON HAIR RESTORATION, LLC              GEOFFREY D. STILLER, MD
5805 SEPULVEDA BLVD., STE 600,            805 W. 5 TH AVE., STE 609,
VAN NUYS CA 91411                         SPOKANE WA 99204


UPLIFT COSMETIC SURGERY, LASER &          SAMSON MEDICAL GROUP PROFESSIONAL
SKIN CENTER, PLLC                         CORPORATION
15315 MAGNOLIA BLVD.,STE 118,             5805 SEPULVEDA BLVD., STE 600, VAN
SHERMAN OAKS CA 91403                     NUYS CA 91411
```

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---

**WRIT OF EXECUTION**