**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



```
-R-T-S-   900142120-1N        08/27/24

          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```

2:13cv8499
KK



Case: 2:13cv8489   Doc: 57

W. Thomas Farley
817 S. Los Angeles St., 2D
Los Angeles, CA 90014

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37767457@cacd.uscourts.gov>Subject:Activity in Case 2:13-cv-08489-GHK-SK William G. Colson, Jr. et al v. Samson Hair Restoration, LLC et al Affidavit and Request for Issuance of Writ of Execution Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/18/2024 at 9:42 AM PDT and filed on 4/16/2024

| | |
|---|---|
| **Case Name:** | William G. Colson, Jr. et al v. Samson Hair Restoration, LLC et al |
| **Case Number:** | 2:13-cv-08489-GHK-SK |
| **Filer:** | Dorothy R. Colson |
| | William G. Colson, Jr |

**WARNING: CASE CLOSED on 03/31/2014**

**Document Number:** 57

**Docket Text:**
**Affidavit and Request for Issuance of Writ of Execution filed by Plaintiffs Dorothy R. Colson, William G. Colson, Jr.; GR Isidro, Assignee of Record (hr)**

**2:13-cv-08489-GHK-SK Notice has been electronically mailed to:**
Khachik Akhkashian    akhkashianlaw@yahoo.com
PC Liang    judgmentcollectionla@gmail.com
**2:13-cv-08489-GHK-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
W. Thomas Farley
817 S. Los Angeles St., 2D
Los Angeles, CA 90014

The following document(s) are associated with this transaction: